# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BROWN, JR. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-3296 |
| | : | |
| ALAN SIMONS | : | |

| | | |
|---|---|---|
| ALAN SIMONS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-5074 |
| | : | |
| JOHN BROWN et al. | : | |

## ORDER

This 11th day of March, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Alan Simons' Motion for Leave to File a Motion for Recalculation (ECF 51, 19-5074) is **DENIED**.

/s/ Gerald Austin McHugh<br>
United States District Judge