**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN BROWN, JR.** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-3296 |
| | : | |
| **ALAN SIMONS** | : | |

| | | |
|---|---|---|
| **ALAN SIMONS** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-5074 |
| | : | |
| **JOHN BROWN et al.** | : | |

## **ORDER**

This 27th day of March, 2024, upon receipt of the parties' notices at ECF 54 & 55, 19-5074, it is hereby **DECREED** that Alan Simons and John Brown have both purged their contempt by virtue of their compliance with the conditions set forth in this Court's Order of February 27, 2024. The Clerk is requested to **close** Civil Docket Numbers 19-5074 and 22-3296.

/s/ Gerald Austin McHugh
United States District Judge